IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TRONIA SHADE,

      Petitioner,

v.                              Civil Action No.  1:05cv163
                               Criminal Action No. 1:04cr79(1)
                               (Judge Keeley)

UNITED STATES OF AMERICA,

      Respondent.

## ORDER GRANTING EXTENSION OF TIME

For good cause shown, the respondent's Motion for an Extension of Time to File its Response (dckt. 8/39) is **GRANTED**. The respondent shall file a response to the petitioner's § 2255 motion on or before **October 9, 2007**.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner.

DATED: September 5, 2007.

                                                  /s *John S. Kaull*
                                                  JOHN S. KAULL
                                                  UNITED STATES MAGISTRATE JUDGE