IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TRONIA SHADE,

    Petitioner,

v.           Civil Action No. 1:05cv163
               Criminal Action No. 1:04cr79(1)
               (Judge Keeley)

UNITED STATES OF AMERICA,

    Respondent.

## ORDER GRANTING EXTENSION OF TIME

For good cause shown, the respondent's Second Motion for an Extension of Time to File its Response (dckt. 10/42) is **GRANTED**. The respondent shall file a response to the petitioner's § 2255 motion on or before **November 9, 2007**.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner.

DATED: October 5, 2007.

               /s *John S. Kaull*
               JOHN S. KAULL
               UNITED STATES MAGISTRATE JUDGE