IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**TRONIA SHADE,**

    **Petitioner**

v.                             //         **CIVIL ACTION NO. 1:05CV163**
                                     **CRIMINAL ACTION NO. 1:04CR79**
                                           **(Judge Keeley)**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 19, 2005, pro se petitioner, Tronia Shade, ("Shade") filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255. The Court referred this matter to United States Magistrate Judge John S. Kaull for initial screening and a Report and Recommendation ("R&R") in accordance with Local Rule of Prisoner Litigation 83.09.

On May 29, 2008, Magistrate Judge Kaull issued an R&R recommending that this Court deny and dismiss Shade's petition with prejudice. The R&R also specifically warned that failure to object to it would result in the waiver of any appellate rights on this issue. Nevertheless, Shade failed to file any objections.[1]

Consequently, the Court **ADOPTS** the Report and Recommendation in its entirety (civil dkt. no. 14; criminal dkt. no. 47), **DENIES**

---

[1] Shade's failure to object to the Report and Recommendation not only waives his appellate rights in this matter, but also relieves the Court of any obligation to conduct a de novo review of the issue presented. See Thomas v. Arn, 474 U.S. 140, 148-153 (1985); Wells v. Shriners Hosp., 109 F.3d 198, 199-200 (4th Cir. 1997).

SHADE V. USA                     CIVIL ACTION NO. 1:05CV163
                                 CRIMINAL ACTION NO. 1:04CR79

**ORDER ADOPTING REPORT AND RECOMMENDATION**

the Petition for Writ of Habeas Corpus (civil dkt. no. 1; criminal dkt. no. 31), and **DISMISSES** this case **WITH PREJUDICE.**  The Clerk is ordered to **STRIKE** this case from the Court's docket.

   The Clerk is directed to mail a copy of this Order to the pro se petitioner, certified mail, return receipt requested, and to transmit copies of this Order to counsel of record.
Dated: June 24, 2008.

                                 /s/ Irene M. Keeley
                                 IRENE M. KEELEY
                                 UNITED STATES DISTRICT JUDGE